**SO ORDERED.**

**SIGNED this 13th day of September, 2018.**

LENA MANSORI JAMES
UNITED STATES BANKRUPTCY JUDGE

---

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**
**DURHAM DIVISION**

| | |
|---|---|
| IN RE: | |
| WALL GROUP INDUSTRIES, INC., | Case No. 17-80873 |
| Debtor. | Chapter 7 |
| MICHAEL D. OLANDER, JR. and<br>MDO HOLDINGS, LLC, | |
| Plaintiffs, | |
| v. | Adv. Pro. No. 17-09026 |
| FRANK LEE BYRD and<br>WALL GROUP INDUSTRIES, INC., | |
| Defendants. | |

**ORDER GRANTING MOTION TO DISMISS**
**REMAINING CLAIMS WITHOUT PREJUDICE**

This matter comes before the Court on the Motion of Plaintiffs Michael Olander, Jr. and MDO Holdings, LLC, to dismiss the remaining claims asserted by Plaintiffs pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and Rule 7041 of the Federal Rules of Bankruptcy Procedure ("Motion"). The Court set the Motion for tentative hearing on September 20, 2018 if an objection to the Motion were filed by September 8, 2018. The Motion was

properly served, no objection to the Motion has been filed, and the Court finds cause to grant the Motion.

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Motion is Granted and Plaintiffs' remaining claims, consisting of the First Claim for Relief (Fraud asserted individually by Olander against Byrd), and Second Claim for Relief (Breach of Fiduciary Duty asserted individually by Olander against Byrd) are dismissed without prejudice. Each party shall bear his, her or its own attorneys' fees and costs in connection with the Motion.

End of document.

**PARTIES TO BE SERVED**

James C. White, Esq.
Parry Tyndall White
100 Europa Drive, Suite 401
Chapel Hill, North Carolina 27517
*Attorney for Debtor*

Gerald F. Meek, Esq.
Jerry Meek, PLLC
5950 Fairview Road, Suite 24930
Charlotte, North Carolina 28210-0085
*Attorney for Frank Lee Byrd*

James B. Angell
Post Office Box 12347
Raleigh, North Carolina 27605
*Trustee*